

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-26,273-10

### EX PARTE J.C. BAILEY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W88-98750-L(I) IN THE CRIMINAL
### DISTRICT COURT NO. 5 FROM DALLAS COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of possession of cocaine, a controlled substance, and sentenced to fifty years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Bailey v. State*, No. 05-89-00415-CR (Tex. App.— Dallas June 5, 1990). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

We have previously dismissed five subsequent applications in this cause. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. It is obvious from the record that Applicant continues to raise grounds that were previously rejected on the merits or that should have been raised in previous applications. We hold that Applicant has abused the writ and filed a frivolous lawsuit. *See Ex parte Jones*, 97

S.W.3d 586 (Tex. Crim. App. 2003); TEX. GOV'T CODE § 498.0045(a-1). Should Applicant file future habeas applications in this cause, we will not consider the merits of his applications unless he shows that the factual or legal basis of his grounds was unavailable in a previously filed application. This application is dismissed.

Copies of this order shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Filed: September 23, 2020
Do not publish